ANTHONY R. SEGALL (CSB No. 101340)
asegall@rsglabor.com
ROTHNER, SEGALL & GREENSTONE
510 South Marengo Avenue
Pasadena, California 91101-3115
Telephone: (626) 796-7555
Facsimile:  (626) 577-0124


KATHERINE S. CHRISTOVICH (CSB No. 178397)
LEILA B. AZARI (CSB No. 262443)
lazari@wga.org
WRITERS GUILD OF AMERICA, WEST, INC.
7000 West Third Street
Los Angeles, CA 90048
Telephone:  (323) 782-4521
Facsimile:   (323) 782-4806

Attorneys for Respondent/Counterclaimant
 Writers Guild of America, West, Inc.

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DISTRICT

| | |
|---|---|
| HACHIKO PRODUCTIONS, LLC and ROBERT ORTIZ,<br><br>Petitioners/Counter-Defendants,<br><br>     vs.<br><br>WRITERS GUILD OF AMERICA, WEST, INC.,<br><br><br>Respondent/Counterclaimant. | CASE NO. 2:14-cv-00165 JFW-JCx<br><br>Honorable John F. Walter<br><br>JUDGMENT |

After considering all pleadings, moving and opposition papers, arguments of counsel, and all other matters presented to the Court, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT**:

1

1.      The Opinion and Award of Arbitrator Michael D. Rappaport, dated August 14, 2013 ("Award"), is confirmed in its entirety.

2.      Judgment is entered on the Award in favor of Respondent and Counterclaimant Writers Guild of America, West, Inc. ("Guild") and against Petitioners and Counter-Defendants Hachiko Productions, LLC, and Robert Ortiz (collectively "Petitioners"), jointly and severally, in the following amounts:

| | |
|---|---|
| a.   Compensation and residuals | $145,629.05 |
| b.   Prejudgment interest on item (a) – $106,268.46 awarded as of August 14, 2013, plus $21,904.20 in additional interest that has accrued at a rate of 1.5% per month through June 16, 2014: | $128,172.66 |
| c.   Pension and Health contributions | $6,146.70 |
| d.   Prejudgment interest on item (c) – $3,659.53 awarded as of August 14, 2013, plus $511.57 in additional interest that has accrued at a rate of .83% per month through June 16, 2014: | $4,171.10 |
| e.   Damages to Guild | $15,000.00 |
| f.   Attorneys' fees | $8,705 |
| g.   Costs | |
| TOTAL | |

3.     Judgment is entered on the petition to vacate the Award against Petitioners and in favor of the Guild.

Dated: June 3, 2014

_____
Hon. John F. Walter
United States District Court Judge